# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DUGO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXTRA SPACE STORAGE, a business of unknown form; TT STORAGE HOLDINGS JV LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-01318-JLS-DFM<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Donna Dugo ("Plaintiff") and Extra Space Storage and TT Storage Holdings JV LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear her or its own costs and attorneys' fees. |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Donna Dugo ("Plaintiff") and Extra Space Storage and TT Storage Holdings JV LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear her or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 1, 2019

                                        **JOSEPHINE L. STATON**
                                  UNITED STATES DISTRICT COURT JUDGE